1  Andrew M. Gold, SBN 146228
   BOGATIN, CORMAN & GOLD
2  1330 Broadway, Suite 800
   Oakland, CA  94612
3  Telephone: (510) 832-5005
   Facsimile: (510) 832-5050
4  Email: agold@bcgattorneys.com

5  Eric J. Farber, SBN 169472
   FARBER & FOOTE, LLP
6  436 14th Street, Suite 1520
   Oakland, CA  94612
7  Telephone: (510) 444-2512
   Facsimile: (866) 819-6169
   Email:  eric@farberfoote.com

8  Attorneys for Plaintiff:
   Amaru Entertainment, Inc.

**IT IS SO ORDERED**
Judge Edward J. Davila
1/12/2012

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARU ENTERTAINMENT, INC., a Delaware Corporation,<br><br>            Plaintiff,<br>     vs.<br><br>NIGHT VIBE ENTERTAINMENT LLC, SER RECORDS, INTERGROOVE MEDIA GMBH, IDS INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, RGS ENTERTAINMENT,  and SJ DISTRIBUTION LLC d/b/a EDGE ENTERTAINMENT DISTRIBUTION, and DOES 1 through 50,<br><br>            Defendants. | Case No.:  C11-05013 EJD<br><br>**STIPULATED EXTENSION OF TIME TO FILE ANSWER** |

STIPULATED EXTENSION OF TIME TO FILE ANSWER

1

Plaintiff Amaru Entertainment, Inc. hereby stipulates that Defendant SJ Distribution LLC is granted an additional fifteen (15) days to plead, move or otherwise respond to Plaintiff's Complaint. The Answer from Defendant SJ Distribution LLC, originally due Monday, January 9, 2012, will be filed on or before Tuesday, January 24, 2012.

Respectfully submitted,

/S/
Andrew M. Gold, SBN 146228
BOGATIN, CORMAN & GOLD
1330 Broadway, Suite 800
Oakland, CA  94612
Telephone:  (510) 832-5005
Facsimile:  (510) 832-5050
Email:  agold@bcgattorneys.com

Attorney for Plaintiff
Amaru Entertainment, Inc.

STIPULATED EXTENSION OF TIME TO FILE ANSWER

2

# CERTIFICATE OF SERVICE

I, Leslie Bonnett, declare under penalty of perjury under the laws of the State of California that the following facts are true and correct.

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Bogatin, Corman & Gold law firm and my business address is 1300 Broadway, Suite 800, Oakland, CA 94612.

I hereby certify that on January 9, 2012, a copy of DEFENDANT SJ DISTRIBUTION LLC'S STIPULATED EXTENSION OF TIME TO FILE ANSWER was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. This filing was also sent to the following via e-mail per consent.

R. Eric Gaum, Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114
Telephone: (216) 274-2288
Facsimile:  (216) 274-2575
E-mail:  regaum@hahnlaw.com

*Counsel for Defendant*
*SJ Distribution LLC*

Executed on January 9, 2012, at Oakland, California.

_____/S/_____
Leslie Bonnett

---

STIPULATED EXTENSION OF TIME TO FILE ANSWER

3