UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amaru Entertainment, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Night Vibe Entertainment LLC *et al.*, <br><br> Defendants. | Case No.: C-11-05013-YGR <br><br> **Order Vacating Dates and Setting Compliance Conference** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management and trial dates are hereby vacated. A Compliance Conference shall be held on Friday, March 9, 2012 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

Five (5) business days prior to the date of the Compliance Conference, the parties shall file either (a) a Stipulation of Dismissal/ Notice of Voluntary Dismissal; or (b) a one-page JOINT STATEMENT setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

**IT IS SO ORDERED**.

January 30, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE