# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AMARU ENTERTAINMENT, INC.,

    Plaintiff,

vs.

NIGHT VIBE ENTERTAINMENT LLC *et al.*,

    Defendants.

Case No.: C-11-05013-YGR

**ORDER VACATING DATES AND SETTING COMPLIANCE CONFERENCE**

In light of the Notice of Voluntary Dismissal, Dkt. No. 14, all claims and causes of action against Defendant SJ Distribution LLC d/b/a Edge Entertainment Distribution are hereby **DISMISSED WITH PREJUDICE**.

The Compliance Conference set for Friday, March 9, 2012 on the Court's 9:01a.m. Calendar is **VACATED**.

A Case Management Conference shall be held on Monday, May 7, 2012 at 2:00 p.m. Five (5) business days prior to the date of the Case management Conference, Plaintiff shall file a statement indicating the status of service on the parties. The statement shall include the following information:

(1) For each Defendant that has not been served,
    (a) the efforts made to locate and serve the Defendant and why the those efforts have not been successful, and
    (b) how and when Plaintiff plans to complete service.

(2) For each Defendant that has been served but has failed to plead or otherwise defend,
    (a) whether Plaintiff has moved for entry of default and whether default has been entered, or
    (b) if Plaintiff has not moved for entry of default, why?

**IT IS SO ORDERED**.

March 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**