**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMARU ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NIGHT VIBE ENTERTAINMENT LLC *et al.*, <br><br> Defendants. | Case No.: C-11-05013-YGR <br><br> **ORDER VACATING DATES AND SETTING COMPLIANCE CONFERENCE** |

In light of the filing of Plaintiff's Case Management Statement Re: Service, the Court **VACATES** the Case Management Conference set for May 7, 2012.

A Compliance Conference regarding service on the two foreign Defendants who have not been formally served shall be held on **Friday, June 22, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the Compliance Conference, Plaintiff shall file proof of service for each Defendant. If proof of service is on file, Plaintiff need not appear and the Compliance Conference will be taken off calendar.

**IT IS SO ORDERED**.

Dated: May 2, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**