1  Andrew M. Gold, SBN 146228
   BOGATIN, CORMAN & GOLD
2  1330 Broadway, Suite 800
   Oakland, CA  94612
3  Telephone: (510) 832-5005
   Facsimile: (510) 832-5050
   Email: agold@bcgattorneys.com
4
5  Eric J. Farber, SBN 169472
   Email: Eric.Farber@farberfoote.com
   FARBER & FOOTE, LLP
6  383 4th Street, Suite 201
   Oakland, CA  94607
7  Telephone: (510) 444-2512
   Facsimile: (866) 819-6169
8  Attorneys for Plaintiff:
   Amaru Entertainment, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMARU ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br>vs.<br><br>NIGHT VIBE ENTERTAINMENT LLC, SER RECORDS, INTERGROOVE MEDIA GMBH, IDS INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, RGS ENTERTAINMENT, and SJ DISTRIBUTION LLC d/b/a EDGE ENTERTAINMENT DISTRIBUTION, and DOES 1 through 50,<br><br>Defendants. | Case No.:  C11-05013 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS INTERGROOVE MEDIA GMBH, IDS INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, and RGS ENTERTAINMENT; [~~PROPOSED~~] ORDER** |
|---|---|

_____
NOTICE OF VOLUNTARY DISMISSAL; [~~PROPOSED~~] ORDER
1

1   Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(l)(i)
2   Plaintiff hereby voluntarily dismisses Defendants INTERGROOVE MEDIA GMBH, IDS
3   INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, and RGS
4   ENTERTAINMENT with prejudice.

5   Dated: September 18, 2012           Bogatin, Corman & Gold

7                                       By:      / S /
                                              Andrew M. Gold
8                                             Attorney for Plaintiff

_____
NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER
2

## ORDER

In light of the foregoing and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

All claims and causes of action against Defendants INTERGROOVE MEDIA GMBH, IDS INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, and RGS ENTERTAINMENT are hereby dismissed from this action with prejudice.

Dated: September 27, 2012

_____
The Honorable Judge Yvonne Gonzalez Rogers

_____
NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

3