Andrew M. Gold, SBN 146228
BOGATIN, CORMAN & GOLD
1330 Broadway, Suite 800
Oakland, CA  94612
Telephone: (510) 832-5005
Facsimile: (510) 832-5050
Email: agold@bcgattorneys.com

Eric J. Farber, SBN 169472
Email: Eric.Farber@farberfoote.com
FARBER & FOOTE, LLP
383 4th Street, Suite 201
Oakland, CA  94607
Telephone: (510) 444-2512
Facsimile: (866) 819-6169

Attorneys for Plaintiff:
Amaru Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARU ENTERTAINMENT, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NIGHT VIBE ENTERTAINMENT LLC, SER RECORDS, INTERGROOVE MEDIA GMBH, IDS INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, RGS ENTERTAINMENT,  and SJ DISTRIBUTION LLC d/b/a EDGE ENTERTAINMENT DISTRIBUTION, and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No.:  C11-05013 YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS INTERGROOVE MEDIA GMBH, IDS INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, and RGS ENTERTAINMENT; [~~PROPOSED~~] ORDER** |

_____
NOTICE OF VOLUNTARY DISMISSAL; [~~PROPOSED~~] ORDER
1

1  Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(l)(i)
2  Plaintiff hereby voluntarily dismisses Defendants INTERGROOVE MEDIA GMBH, IDS
3  INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, and RGS
4  ENTERTAINMENT with prejudice.

5  Dated: September 18, 2012				Bogatin, Corman & Gold
6
7						By:	/ S /
						Andrew M. Gold
8						Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

2

### **ORDER**

In light of the foregoing and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

All claims and causes of action against Defendants INTERGROOVE MEDIA GMBH, IDS INTERNATIONAL DISTRIBUTION SERVICES, MDI DISTRIBUTION.COM, and RGS ENTERTAINMENT are hereby dismissed from this action with prejudice.

Dated: September 27, 2012

_____
The Honorable Judge Yvonne Gonzalez Rogers

_____
NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER
3